NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LOUIS A. MCINTOSH, JR.,          )
                                 )
         Appellant,              )
                                 )
v.                               )          Case No. 2D19-4839
                                 )
STATE OF FLORIDA,                )
                                 )
         Appellee.               )
_____)

Opinion filed September 30, 2020.

Appeal from the Circuit Court for
Hillsborough County; Melissa M. Polo,
Judge.

Howard L. Dimmig, II, Public
Defender, and Richard J. Sanders,
Assistant Public Defender, Bartow, for
Appellant.


PER CURIAM.

         Affirmed.


MORRIS, LUCAS, and ATKINSON, JJ., Concur.